## EDWARD ANDREWS *v.* COMMISSIONER OF CORRECTION
### (AC 22661)

Schaller, Dranginis and Bishop, Js.

Submitted on briefs June 11—officially released July 8, 2003

Per Curiam. The judgment is affirmed.

## WILLIAM DONLIN *v.* CYTEC INDUSTRIES, INC., ET AL.
### (AC 23205)

Flynn, West and DiPentima, Js.

Submitted on briefs June 11—officially released July 8, 2003

Per Curiam. The decision of the workers' compensation review board is affirmed.

## LINDA JOHNSON *v.* DYSAI-KUEN TONG
### (AC 23481)

Flynn, West and DiPentima, Js.

Submitted on briefs June 11—officially released July 8, 2003

Per Curiam. The judgment is affirmed.